

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2019

No. 04-18-00973-CV

**IN THE INTEREST OF A.M.S., ET AL., CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01328
Honorable Renée Yanta, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court